UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
LARRY W. JOHNSON,                   )
                                    )    Case No. MC17-0149RSL
                Plaintiff,          )
         v.                         )
                                    )    SECOND ORDER DECLINING TO
RCO LEGAL, P.S.,                    )    ENTER JUDGMENT
                                    )
                Defendant,          )
         v.                         )
                                    )
WASHINGTON FEDERAL,                 )
                                    )
                Garnishee.          )
_____ )

This matter comes before the Court on "Plaintiff's Amended Motion and Declaration for Judgment and Order to Pay." Dkt. # 6. There is no indication in the record that the defendant/judgment debtor was served with the garnishee's answer. See RCW 6.27.190 (the answer of the garnishee is to be served as directed in the writ); Dkt. # 3 (writ requires garnishee defendant to mail or deliver a copy of the answer to the judgment debtors at the address provided in the writ).[1] The debtors have not had twenty days in which to object to the answer. See RCW 6.27.210 (the judgment creditor and judgment debtor have 20 days in which to controvert the garnishee's answer). The Court therefore declines to enter judgment on the garnishee's answer without prejudice to a subsequent request for judgment once the statutory notice requirements

---

[1] The Court notes that the garnishee failed to mail or deliver the original answer to the Court for filing, as directed in the writ, so there is no reason to suppose it provide the required notice to the judgment debtor.

SECOND ORDER DECLINING TO ENTER JUDGMENT

are satisfied.

Dated this 8th day of March, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge