# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LARRY W. JOHNSON, <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> RCO LEGAL, PS, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> WASHINGTON FEDERAL, <br><br> Garnishee Defendant. | NO. MC17-149RSL <br><br> ORDER VACATING WRIT AND CLOSING CASE |

A "Second Order Declining to Enter Judgment" was issued on March 8, 2018. There has been no activity in this matter since that date and plaintiff has failed to respond to the Court's December 13, 2018 Order to Show Cause. The Writ is hereby VACATED. The Clerk of Court is directed to close this matter.

Dated this 12th day of March, 2019.

_____
Robert S. Lasnik
United States District Judge

ORDER VACATING WRIT AND CLOSING CASE